IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JAN -2 PM 2:28

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| BRIAN GARDUNO,<br><br>   Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>   Defendant. | Case No. 17-CV-0084-SWS |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on Plaintiff's motion to dismiss (ECF No. 11) because the parties have settled. The Court having reviewed the motion, and being otherwise fully advised, hereby

**ORDERS** that all claims by Plaintiff, Brian Garduno, against Defendant, Life Insurance Company of North America, are dismissed with prejudice. The Court further

**ORDERS** that each party should bear their own costs.

Dated this 2nd day of January, 2018.

Scott W. Skavdahl
United States District Judge